IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHYSICIANS RELIANCE ASSOCIATION, INC., By and Through Its Chapter 7 Trustee, JAMES R. MARSHALL<br>Plaintiff, | ) | Case Number: MISC05-143 ML |
| V. | ) | |
| ALFONSO C. CARDENAS, JR., M.D.<br>Defendant. | ) | |

<u>LINE OF SATISFACTION OF JUDGMENT</u>

CLERK OF THE COURT

PLEASE MARK the Judgment entered against the above named Defendant in the above-captioned case as "PAID AND SATISFIED"

Respectfully submitted,

Jerry L. Sewell

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
834 Inman Village Pkwy, NE
Suite 220
Atlanta, GA 30307

cc: David W. Carroll, Esq.
10 Weybosset Street
Providence, RI 02903